IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )        2:18cr237-MHT
                            )            (WO)
IOSIF FLOREA                )
```

ORDER

This case is before the court on defendant Iosif Florea's petition for early termination of supervised release. The court agrees that his supervision should be terminated early.

As Florea explains in his motion, he has been successful in his reentry and has been transferred to a low-intensity probation caseload as of December 2021. He is currently employed, working as a driver for Waste Management, Inc. His supervising probation officer states that Florea has not presented any accountability issues during his period of supervised release and is not currently reliant on any services from the probation office. Both the government and the probation office do not oppose the petition.

Accordingly, it is ORDERED that the petition for early termination of supervised release (Doc. 55) is granted; that defendant Iosif Florea's supervised release is terminated; and that defendant Florea is discharged.

DONE, this the 14th day of March, 2023.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**